```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

MUHAMMAD SHABAZZ, formerly known
as DWAYNE STOREY,

                    Plaintiff,
                                        Civil Action Number:
            V.                             9:02-CV-760
                                             (FJS/DEP)

JOSEPH COSTELLO, Sup

                    Respondent.
_____


APPEARANCES:                            OF COUNSEL:

FOR PLAINTIFF:

Muhammad Shabazz, Pro Se



FOR DEFENDANT:

HON. ELIOT SPITZER                      MEGAN M. BROWN, ESQ.
Attorney General of the                 Assistant Attorney General
  State of New York
The Capitol
Albany, New York 12224-
```

**FREDERICK J. SCULLIN, JR., CHIEF D.J.:**

**ORDER**

The above-captioned matter having been presented to me by the Report-Recommendation of Magistrate Judge David E. Peebles filed May 9, 2005, and having reviewed the Report-Recommendation and the entire file in this matter, and no objections to said

Report-Recommendation having been filed, it is hereby

**ORDERED,** that the Report-Recommendation of Magistrate Judge David E. Peebles filed May 9, 2005 is **ACCEPTED** in its entirety for the reasons stated therein, and it is further

**ORDERED,** that defendants' motion for summary judgment is **GRANTED** and that plaintiff's complaint is **DISMISSED** in its entirety, and it is further

**ORDERED,** that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**


DATED: June 29, 2005
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Chief United States District Court Judge